UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:93-cr-00241-MOC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ANTHONY WILLIAMS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Remission of Fine. Having considered the government's motion and reviewed the pleadings, and having found that good cause has been shown for the relief requested, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Remission of Fine (#124) is GRANTED, and the remainder of the fine is REMITTED pursuant to 18 U.S.C. §3573.

Signed: August 26, 2015

Max O. Cogburn Jr
United States District Judge